UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIR LATIF AHMAD,

                          Petitioner,

        v.

JEFFERSON SESSIONS, III, et al.,

                          Respondents.

CASE NO. C18-287-JLR-BAT

**ORDER GRANTING
PETITIONER'S MOTION FOR
CONTINUANCE**

This is a 28 U.S.C. § 2241 immigration habeas action. On March 29, 2018, respondents moved to dismiss. Dkt. 8. On April 16, 2018, petitioner filed a response and a motion to continue this case pending resolution of a motion to stay that he filed with the Ninth Circuit. Dkt. 13. On April 20, 2018, respondents filed a reply in support of their motion to dismiss and indicated that they do not oppose petitioner's request for a continuance. Dkt. 14. Accordingly, the Court finds and **ORDERS**:

(1)     Petitioner's motion for a continuance, Dkt. 13, is **GRANTED**. Ruling on respondents' motion to dismiss will be continued pending resolution of petitioner's Ninth Circuit motion to stay.

(2)     The Clerk is directed to take respondents' motion to dismiss, Dkt. 8, off the Court's motion calendar.

1    (3)    **Within 21 days** of the Ninth Circuit's decision on petitioner's motion to stay, the

2    parties shall notify the Court.  The parties also shall inform the Court whether the motion to

3    dismiss, Dkt. 8, is ripe for review or whether the parties wish to submit supplemental briefing.

4    (4)    The Clerk is directed to send copies of this Order to the parties and to the

5    Honorable James L. Robart.

6    DATED this 24th day of April, 2018.

7

8    _____
     BRIAN A. TSUCHIDA
9    United States Magistrate Judge