UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIR LATIF AHMAD,

                Petitioner,

    v.

JEFFERSON SESSIONS, III, et al.,

                Respondents.

CASE NO. C18-287-JLR-BAT

**ORDER RENOTING GOVERNMENT'S MOTION TO DISMISS**

This is a 28 U.S.C. § 2241 immigration habeas action. On March 29, 2018, respondents moved to dismiss. Dkt. 8. On April 16, 2018, petitioner filed a response and a motion to continue this case pending resolution of a motion to stay that he filed with the Ninth Circuit. Dkt. 13. On April 24, 2018, the Court granted plaintiff's motion for a continuance. Dkt. 15. On October 10, 2018, the Government notified the Court that the Ninth Circuit had denied plaintiff's motion for a stay of removal, and submitted additional evidence relevant to its motion to dismiss. Dkts. 17 & 18. The Court now finds and **ORDERS**:

(1)    The Clerk shall **RE-NOTE** the Government's motion to dismiss, Dkt. 8, for **November 2, 2018**. Petitioner may file a supplemental response to the Government's motion to dismiss and supplemental evidence on or before **October 29, 2018**. The Government may file a supplemental reply by the noting date.

1    (2)    The Clerk is directed to send copies of this Order to the parties and to the

2    Honorable James L. Robart.

3        DATED this 10th day of October, 2018.

4

5                                    _____

                                     BRIAN A. TSUCHIDA

6                                    Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23