UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIR LATIF AHMAD,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JEFFERSON SESSIONS III,<br><br>　　　　　　　Respondent. | CASE NO. C18-287-JLR-BAT<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT** |

　　Mir Latif Ahmad has filed a motion for extension of time to submit a supplemental brief. Dkt. 20. Because Mr. Ahmad timely filed his supplemental brief, Dkt. 22, his motion for extension of time is **DENIED** as moot.

　　DATED this 30th day of October, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER DENYING MOTION FOR
EXTENSION OF TIME AS MOOT - 1