UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIR LATIF AHMAD,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW WHITAKER, et al.,<br><br>    Respondents. | Case No. C18-287-JLR<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.

2. The Government's motion to dismiss, Dkt. 8, is **GRANTED** in part and **DENIED** in part.

3. Petitioner's habeas petition is **GRANTED** in part and **DENIED** in part.

4. Petitioner is not entitled to an order of release, but the Government shall provide him with a bond hearing before an immigration judge within **seven days** of the date of this order, unless he is no longer in custody at that time.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3RD day of JAN., 2019.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2